RACHEL B. DRAKE, ESQ.
*Admitted Pro Hac Vice*
rdrake@steinsakslegal.com
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone:   (201) 282-6500
Facsimile:   (201) 282-6501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
Sacramento Division**

| | |
|---|---|
| ADAM ALESSI,<br><br>Against<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>HERBERT P. SEARS, CO., INC. d/b/a HP SEARS | Case No:  2:17-cv-2402-JAM-CKD<br><br>**NOTICE OF SETTLEMENT**<br><br>**Honorable John A. Mendez** |

Notice is hereby given that Plaintiff Adam Alessi and Defendant Experian Information Solutions, Inc. have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Notice of Settlement
Case No. 2:17-cv-2402-JAM-CKD

1

Respectfully Submitted,

Dated:  August 16, 2018                         **STEIN SAKS, PLLC**

                                                By:  /s/ Rachel B. Drake
                                                Rachel B. Drake, Esq.
                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Rachel B. Drake, am the ECF user whose identification and password are being used to file this Joint Status Report.  I hereby attest that I give notice of the filed documents via CM/ECF to all counsel of record on this 16th day of August, 2018.

                                                **STEIN SAKS, PLLC**

Dated:  August 16, 2018                         By: */s/ Rachel B. Drake*
                                                Rachel B. Drake, Esq.
                                                Attorney for Plaintiff