RACHEL B. DRAKE, ESQ.
*Admitted Pro Hac Vice*
rdrake@steinsakslegal.com
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone:   (201) 282-6500
Facsimile:   (201) 282-6501
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

| | |
|---|---|
| ADAM ALESSI,<br><br>Against<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>HERBERT P. SEARS, CO., INC. d/b/a HP SEARS | Case No:  2:17-cv-2402-JAM-CKD<br><br>**NOTICE OF SETTLEMENT**<br><br>**Honorable John A. Mendez** |

Notice is hereby given that Plaintiff Adam Alessi and Defendant Herbert P. Sears, Co., Inc. d/b/a HP Sears have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

Respectfully Submitted,

Dated:  August 16, 2018  **STEIN SAKS, PLLC**

By:  /s/ Rachel B. Drake
Rachel B. Drake, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Rachel B. Drake, am the ECF user whose identification and password are being used to file this Joint Status Report.  I hereby attest that I give notice of the filed documents via CM/ECF to all counsel of record on this 16th day of August, 2018.

**STEIN SAKS, PLLC**

Dated:  August 16, 2018  By: */s/ Rachel B. Drake*
Rachel B. Drake, Esq.
Attorney for Plaintiff