RACHEL B. DRAKE, ESQ.
rdrake@steinsakslegal.com
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201) 282-6500
Facsimile: (201) 282-6501

Attorney for Plaintiff
Adam Alessi

Thomas Patrick Quinn, Jr
Tquinn@nokesquinn.com
Nokes & Quinn
410 Broadway, Suite 200
Laguna Beach , CA  9265
Telephone:  (949)376-3500

Attorneys for Defendant
EQUIFAX INFORMATION
SERVICES, LLC,

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

| | |
|---|---|
| ADAM ALESSI,<br><br>Against<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC,<br>HERBERT P. SEARS, CO., INC.<br>d/b/a HP SEARS<br>. | Case No.: 2:17-cv-2402-JAM-CKD<br><br>**The Hon. John A. Mendez**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

1
2
3
4    IT IS HEREBY STIPULATED by and between Plaintiff Adam Alessi
5 ("Plaintiff") and Equifax Information Services, LLC ("Defendant"), by and through
6
7 their respective counsel of record, that the above-captioned action, including all
8 claims alleged therein, be and hereby is dismissed with prejudice in accordance
9
10 with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), as and to Defendant
11 Equifax Information Services, LLC with the parties to bear their own fees and
12 costs.
13
     Undersigned counsel represent that they are fully authorized by their
14
15 respective clients to enter into this Joint Stipulation with Prejudice

16 DATED:  October 17, 2018          Stein Saks, PLLC
17                            By:   */s/Rachel Drake*
                                   Rachel Drake
18                                 Attorneys for Plaintiff
19                                 Adam Alessi
20
21 DATED:  October 17, 2018          Nokes & Quinn
22                            By:   */s/ Thomas Patrick Quinn, Jr*
23                                 Thomas Patrick Quinn, Jr
                                   Attorneys for Defendant
24                                 Equifax Information Services,
25 .                               LLC
26
27
28

Joint Stipulation of
Dismissal With Prejudice
Case No. 2:17-cv-2402-JAM-CKD