RACHEL B. DRAKE, ESQ.
rdrake@steinsakslegal.com
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201) 282-6500
Facsimile: (201) 282-6501

Attorney for Plaintiff
Adam Alessi

Mark E. Ellis
Mellis@ellislawgrp.com
Ellis Law Group, LLP
1425 River Park Drive Suite 400
Sacramento, CA 95815
Telephone:  (916) 283-8820
Facsimile:  (916) 283-8821

Attorneys for Defendant
HERBERT P. SEARS, CO.,
INC. d/b/a HP SEARS

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
Sacramento Division**

| | |
|---|---|
| ADAM ALESSI,<br><br>Against<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC,<br>HERBERT P. SEARS, CO., INC.<br>d/b/a HP SEARS<br>. | Case No.: 2:17-cv-2402-JAM-CKD<br><br>**The Hon. John A. Mendez**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT HERBERT P. SEARS, CO., INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff Adam Alessi ("Plaintiff") and Herbert P. Sears, Co. Inc. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), as and to Defendant Herbert P. Sears Co, Inc. with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice

DATED: October 17, 2018         Stein Saks, PLLC
                           By:  */s/Rachel Drake*
                                Rachel Drake
                                Attorneys for Plaintiff
                                Adam Alessi


DATED: October 17, 2018         Ellis Law Group, LLP

                           By:  */s/ Mark E. Ellis*
                                Mark E. Ellis
                                Attorneys for Defendant
                                HERBERT P. SEARS, CO.,
                                INC. d/b/a HP SEARS