1

2   RACHEL B. DRAKE, ESQ.

3   rdrake@steinsakslegal.com
    STEIN SAKS, PLLC

4   285 Passaic Street

5   Hackensack, NJ 07601
    Telephone: (201) 282-6500

6   Facsimile: (201) 282-6501

7   Attorney for Plaintiff
    Adam Alessi
8

9   Katherine A. Neben
    Kneben@jonesday.com

10  Jones Day
    3161 Michelson Drive Suite 800

11  Irvine, CA 92612
    Telephone:  (949) 851-3939

12  Facsimile: (949) 553-7539

13  Attorneys for Defendant
    Experian Information

14  Solutions, Inc.

15

16              **UNITED STATES DISTRICT COURT**

17      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
                **Sacramento Division**
18

19
                              Case No.: 2:17-cv-2402-JAM-CKD
20   ADAM ALESSI,

21                             **The Hon. John A. Mendez**

22   Against                   **JOINT STIPULATION OF**
                               **DISMISSAL WITH PREJUDICE**
23   EQUIFAX INFORMATION        **AS TO DEFENDANT EXPERIAN**
     SERVICES, LLC,             **INFORMATION SOLUTIONS, INC.**
24   EXPERIAN INFORMATION
     SOLUTIONS, INC,
25   HERBERT P. SEARS, CO.,
26   INC.
27   d/b/a HP SEARS
     .
28

                                           Joint Stipulation of
                                        Dismissal With Prejudice
                                   Case No. 2:17-cv-2402-JAM-CKD

IT IS HEREBY STIPULATED by and between Plaintiff Adam Alessi

("Plaintiff") and Experian Information Solutions, Inc. ("Defendant"), by and

through their respective counsel of record, that the above-captioned action,

including all claims alleged therein, be and hereby is dismissed with prejudice in

accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), as and

to Defendant Experian Information Solutions, Inc. with the parties to bear their own

fees and costs.

Undersigned counsel represent that they are fully authorized by their

respective clients to enter into this Joint Stipulation with Prejudice

DATED:  October 17, 2018                    Stein Saks, PLLC
                                       By:  */s/Rachel Drake*
                                            Rachel Drake
                                            Attorneys for Plaintiff
                                            Adam Alessi


DATED:  October 17, 2018                    Jones Day
                                       By:  */s/ Katherine A. Neben*
                                            Katherine A. Neben
                                            Attorneys for Defendant
                                            Experian Information
                                            Solutions, Inc.